PANY, Appellant, and MARCY PLACE HOLDING CORPORATION and HENRY ROSNER, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD BURKI, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

LILLIAN NOLAN SEITZ, Respondent, v. THOMAS DENNEHY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JOSEPH SROCZYNSKI, Respondent, v. JACQUES POLSTEIN, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

OIL CITY BOILER WORKS, INC., Appellant, v. MCGUIRE HEATING CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MORRIS BENDER, Respondent, v. FINK BAKING CORPORATION and MAX DORF, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of JOHN RIEGELMAN, as Executor, etc., of AUGUSTA RIEGELMAN, Deceased, Appellant, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel, etc., Respondent, etc., in the Matter of Compensation for Damage by Reason of the Closing of Old Avenue C, in the Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of JOHN RIEGELMAN, as Executor, etc., of AUGUSTA RIEGELMAN, Deceased, Appellant, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel, etc., Respondent, etc., in the Matter of Compensation for Damage by Reason of the Closing of Old Avenue C, in the Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

PAUL MOSCOU, Respondent, v. THE SOUTHERN SUGAR COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Martin, J., dissents.

PAUL MOSCOU, Respondent, v. THE ÆTNA CASUALTY and SURETY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Martin, J., dissents.

CHARLES FREDERICKS, Respondent, v. FLORENCE E. GODDARD-TODD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDWARD WALLENSTEIN, Appellant, v. JOHN KOCHLI, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.